No. 77–575. JOHN ET AL. *v.* MISSISSIPPI; and

No. 77–836. UNITED STATES *v.* JOHN ET AL. C. A. 5th Cir. [Probable jurisdiction postponed, 434 U. S. 1032.] Joint motion for additional time for oral argument granted and 30 additional minutes allotted for that purpose.

No. 77–1098. BELL, SECURITIES COMMISSIONER OF ARKANSAS *v.* INTERNATIONAL TRADING, LTD., ET AL. Sup. Ct. Ark. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 77–1289. LUTHERAN HOSPITAL OF MILWAUKEE, INC. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Motion of petitioner to consolidate with No. 77–152, *Beth Israel Hospital* v. *National Labor Relations Board* [certiorari granted, 434 U. S. 1033], denied.

No. 77–6321. PAYTON *v.* HARRIS, WARDEN, ET AL. Motion for leave to file petition for writ of habeas corpus denied.

No. 77–961. NEW YORK TELEPHONE CO. ET AL. *v.* NEW YORK STATE DEPARTMENT OF LABOR ET AL. C. A. 2d Cir. Certiorari granted.

No. 77–968. DETROIT EDISON CO. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 6th Cir. Certiorari granted.

(See also Nos. 77–1100 and 77–6162, *supra.*)

No. 77–674. THE TAMANO ET AL. *v.* UNITED STATES ET AL. C. A. 1st Cir. Certiorari denied.

No. 77–686. CHIAPPE *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.